

**United States District Court**
**Eastern District of North Carolina**
Office of the Clerk
Post Office Box 25670
Raleigh, North Carolina 27611

Phone: (919) 645-1700
Fax: (919) 645-1750

Peter A. Moore, Jr.
Clerk of Court

July 31, 2025

James M. Ayers, II
Jack W. Ayers
Ayers & Haidt, P.A.
307 Metcalf St.
New Bern, NC 28563

Re: Notice to Counsel Regarding Removal of Case to Eastern District of North Carolina 4:25-cv-00142-M-RN, Wavetamer Gyros, LLC et al v. Sutton National Insurance Company et al

Dear Counsel of Record:

On July 31, 2025, a Notice of Removal was filed in the above-referenced action.

Local Civil Rule 5.3 governs removals of cases to the Eastern District North Carolina. Pursuant to this rule, within 14 days after removal you are required to file either a notice of appearance, a notice of substitution of counsel, or a motion to withdraw. Additionally, you must file a disclosure statement in accordance with Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3. You also should consult Local Civil Rule 5.3 to determine the applicable response deadlines for any motions filed in state court prior to removal.

Unless otherwise authorized by the court, all documents submitted for filing shall be filed electronically using the Case Management/ Electronic Case Filing System (CM/ECF). Information regarding CM/ECF and guidance in obtaining training and a user log-in and password are available on the court's website, www.nced.uscourts.gov.

If you require additional information, please contact the clerk's office at (919) 645-1700.

Sincerely,

PETER A. MOORE, JR., CLERK

_____
By: Kaylie Nolan, Deputy Clerk

cc: OPPOSING COUNSEL (via CM/ECF Notice of Electronic Filing)