UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civil Action No. 4:25-cv-00142-M

| | |
|---|---|
| GRADY F. SMITH and WAVETAMER GYROS, LLC,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>SUTTON NATIONAL INSURANCE COMPANY; KEMAH CAPITAL HOLDING, LLC d/b/a KEMAH MARINE; MARKS INSURANCE GROUP, INC. d/b/a MARKS MARINE INSURANCE AGENCY; and KENNETH MARKS,<br><br>　　　　　　Defendants. | **CERTIFICATION OF FILING OF NOTICE TO STATE COURT OF NOTICE OF REMOVAL OF CASE TO FEDERAL COURT**<br><br>**28 U.S.C. 1446(d)**<br><br>**Local Rule 5.3(a)(2)** |

　　　　NOW COME Defendants, Sutton National Insurance Company ("Sutton") and Kemah Capital Holding, LLC d/b/a Kemah Marine ("Kemah") (Sutton and Kemah are collectively "Defendants"), by and through counsel, pursuant to 28 U.S.C. 1446(d) and Local Rule 5.3(a)(2) and certify that Defendants have given notice to the Clerk of the Carteret County Superior Court of the removal of this case to this federal Court. *See* <u>Exhibit 1</u>.

Dated: 1 Aug 2025

CLARK, NEWTON & EVANS, P.A.
/s/ Seth P. Buskirk
N.C. State Bar No. 36664
509 Princess St.
Wilmington, NC 28401
(910) 762-8743 Telephone
(910) 762-6206 Fax
spb@clarknewton.com
*Attorney for Defendants Sutton National Insurance Company and Kemah Capital Holding, LLC d/b/a Kemah Marine*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and will send the foregoing document via email to the following:

James M. Ayers, II
Jack W. Ayers
Ayers & Haidt, P.A.
307 Metcalf St.
New Bern, NC 28563
jim@ayershaidt.com
jack@ayershaidt.com
*Attorneys for Plaintiffs*


Dated: 1 Aug 2025

                                        CLARK, NEWTON & EVANS, P.A.
                                        /s/ Seth P. Buskirk
                                        N.C. State Bar No. 36664
                                        509 Princess St.
                                        Wilmington, NC 28401
                                        (910) 762-8743 Telephone
                                        (910) 762-6206 Fax
                                        spb@clarknewton.com
                                        *Attorney for Defendants Sutton National Insurance Company and Kemah Capital Holding, LLC d/b/a Kemah Marine*