UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civil Action No. 4:25-cv-00142-M

| | |
|---|---|
| GRADY F. SMITH and WAVETAMER GYROS, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> SUTTON NATIONAL INSURANCE COMPANY; KEMAH CAPITAL HOLDING, LLC d/b/a KEMAH MARINE; MARKS INSURANCE GROUP, INC. d/b/a MARKS MARINE INSURANCE AGENCY; and KENNETH MARKS, <br><br> Defendants. | **CONSENT MOTION TO STAY DISCOVERY AND FOR RELIEF FROM ORDER FOR DISCOVERY PLAN** <br><br> **Fed. R. Civ. P. 26(C)** |

NOW COME Defendants Sutton National Insurance Company and Kemah Capital Holding, LLC d/b/a Kemah Marine, by and through counsel, with the consent of Plaintiffs Grady F. Smith and Wavetamer Gyros, LLC, and move the Court to stay discovery in this matter and grant the Parties relief from the Court's Order for Discovery Plan [D.E. 14], pursuant to Fed. R. Civ. P. 26(c).

Dated: 15 September 2025

CLARK, NEWTON & EVANS, P.A.
/s/ Seth P. Buskirk
N.C. State Bar No. 36664
509 Princess St.
Wilmington, NC 28401
(910) 762-8743 Telephone
(910) 762-6206 Fax
spb@clarknewton.com
*Attorney for Defendants Sutton National Insurance Company and Kemah Capital Holding, LLC d/b/a Kemah Marine*